```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ERVIS GJONAJ,                                               :
                                    Plaintiff,              :
                                                            :    22 Civ. 9227 (LGS)
              -against-                                     :
                                                            :    ORDER
MERRICK GARLAND, et al.,                                    :
                                                            :
                                    Defendants.             :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on October 27, 2022, the Complaint for a Writ of Mandamus was filed. It is hereby

**ORDERED** that the Government shall, by **December 20, 2022**, file a memorandum in opposition to the request for a writ of mandamus. The memorandum shall not exceed fifteen pages. Plaintiff shall, by **January 10, 2023**, file a reply memorandum that shall not exceed ten pages. The memoranda and other materials shall otherwise comply with the Court's Individual Rules.

Dated: November 22, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**